1

2

3

4

5                    **UNITED STATES DISTRICT COURT**

6

7                       **DISTRICT OF NEVADA**

8

9                              **\* \* \***

10

11  UNITED STATES OF AMERICA,      )
                                   )
12           Plaintiff,            )
                                   )
13                                 )
     vs                            )    **2:11-mj-803-CWH**
14                                 )
    DAVID MARK ERICKSON,_____  )
15                                 )
             Defendant,            )
16  _____ )

17          **ORDER REQUIRING PAYMENT FOR APPOINTED COUNSEL**

18          Pursuant to the provisions of the Criminal Justice Act,

19  18 U.S.C. 3006A, the Federal Public Defender was appointed as

20  counsel for the above-named defendant at the Initial Appearance

21  hearing held on December 23, 2011.

22     Based upon a review of the defendant's financial affidavit

23  and other relevant inquiry, the Court finds that the defendant

24  possesses financial resources sufficient to bear some of the cost

25  of his representation, i.e., funds are available from or on behalf

26  of the defendant for payment of compensation and expenses of

27  court-appointed counsel and/or for other services necessary for

28  adequate representation.  Accordingly, pursuant to the provisions

    of 18 U.S.C. 3006A(f),

1    IT IS ORDERED that the defendant shall reimburse the

2 Treasury of the United States at the rate of $400.00 per month for

3 the cost of her representation until the case has concluded.  The

4 first payment of **$400.00,** payable to the **Clerk of the Court**, for

5 deposit in the Treasury, **is due not later than January 1, 2012,**

6 **and shall be due on the first day of each month thereafter until**

7 **the conclusion of the case.**

8    Dated this 23rd day of December, 2011.

9

10 _____

   C. W. HOFFMAN, JR.

11 **UNITED STATES MAGISTRATE JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28